IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ANTHONY PETERSON,

    Petitioner,                    No. CIV S-02-1720 FCD DAD P

    vs.

ERNEST ROE, Warden, et al.,

    Respondents.             ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the May 25, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 7, 2006 motion for extension of time is granted; and

    2. Petitioner shall file and serve his objections to the May 25, 2006 findings and recommendations within thirty days from the filed date of this order.

DATED: June 22, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
pete1720.111obj